**Order entered July 5, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00632-CV

**MELANIE E. GRIMES, Appellant**

**V.**

**MYCHELE R. LORD, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-15142**

## ORDER
Before Chief Justice Wright and Justices Bridges and Lang

We **DIRECT** the Clerk of this Court to issue the mandate forthwith.


/s/     DOUGLAS S. LANG
         JUSTICE